DOCKETED ON CM
MAY 10 2006
BY _____ 026

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.: | CV 05-1314 AHM (CWx) |
| Date: | May 8, 2006 |
| Title: | TURINO, et al. v. ISLAND DEF JAM MUSIC GROUP, et al. |

DOCKETED ON CM
MAY 10 2006
BY _____ 026

Present: The Honorable  A. Howard Matz

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

No Appearance                                        No Appearance

**Proceedings:**     In Chambers

The parties have filed eighteen motions in limine in anticipation of the upcoming pre-trial conference scheduled for May 15, 2006. Several motions overlap in terms of the legal issues presented. Some individual motions have generated multiple oppositions and, in turn, multiple replies. Some oppositions respond to a subset of motions. Some replies respond to an entirely different subset of oppositions. Some papers incorporate by reference arguments made on other motions. Defendants have joined in some, but not all, of each others' motions. In short, the parties have failed to present their motions in an organized fashion that is amenable to comprehension, much less resolution.

Accordingly, the Court VACATES and STRIKES all eighteen motions, and CONTINUES the pre-trial conference to July 10, 2006 at 11:00 a.m., and the jury trial to July 25, 2006 at 8:00 a.m.

By not later than noon on May 15, 2006, the parties shall re-organize their motions, oppositions, replies, and supporting documentation and file them anew. The parties may not seek to exclude any additional evidence. They may not raise new legal issues, cite to new or additional cases, introduce new facts, or file supporting declarations and exhibits that were not already before the Court. Each opposition shall respond to a single motion. With respect to Plaintiffs' motions, Defendants shall coordinate with each other and file a single opposition to each of Plaintiffs' motions. Each reply shall respond a single opposition. The parties shall not incorporate by reference each others' arguments or their own arguments on other motions. There will be no increases in page limits. All supporting evidence shall correspond to a single motion, opposition, or reply.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 05-1314 AHM (CWx) | Date: May 8, 2006 |
| Title | TURINO, et al. v. ISLAND DEF JAM MUSIC GROUP, et al. | |

In addition, by not later than noon on May 15, 2006, the parties shall file a joint status report regarding their compliance with Local Rule 16-14 and their attempts to settle the case and the results thereof.

Initials of Preparer _____